# EXHIBIT A

Chapter 7.85 - MOBILE MEDICAL SERVICES

**Sections:**

7.85.010 - Scope.

The provisions of this chapter shall govern the licensing of businesses that provide mobile medical services. such as ambulance services, special events medical services, nonmedically supervised patient transfer services, and air ambulance services in the unincorporated areas of the county as defined in this chapter.

(Ord. 2503 § 1 (part), 2000)

7.85.020 - Definitions.

For the purposes of this chapter, in addition to the definitions in Chapter 5.03 of this code, the following terms, phrases, words, and abbreviations shall have the meanings given herein, unless otherwise expressly stated. When not inconsistent with the context, words used in the present tense include the future tense; words in the plural number include the singular number, and words in the singular number include the plural number; and the masculine gender includes the feminine gender. The words "shall" and "will" are mandatory; and the word "may" is permissive. Unless otherwise expressly stated, words not defined herein shall be given their common and ordinary meaning.

(a) "Air ambulance" means an aircraft, both fixed-wing and rotary-wing aircraft, especially designed, constructed, modified or equipped to be used for the transportation of injured or sick persons. "Air ambulance" does not include any commercial aircraft carrying passengers on regularly scheduled flights.

(b) "Board" means the Clark County board of commissioners.

(c) "Department" means the department of business license of the county.

(d) "Director" means the director of the department of business license of the county or his or her designee.

(e) "Financial statements" means audited financial statements of the local operation of the franchised business. Financial statements are to include, but may not be limited to: balance sheet, income statement, statement of cash flows, statement of retained earnings and notes to the financial statements.

(f) "Fire chief" means the fire chief of the Clark County Fire Department or his or her designee.

(g) "Fire department" means the Clark County Fire Department.

(h)

"Nonmedically supervised patient transfer service" means the transportation of nonambulatory persons that do not require any medical supervision, observation, or care while in route as permitted by the State of Nevada Transportation Authority.

 (i)  "Urban towns" means the unincorporated towns and citizen advisory council areas, created by ordinance, of Enterprise, Laughlin, Lone Mountain, Paradise, Spring Valley, Summerlin South, Sunrise Manor, Whitney and Winchester.

(Ord. 2503 § 1 (part), 2000)

(Ord. No. 4366, § 13, 2-2-2016)

7.85.030 - Ambulance service license.

Sections 7.85.040 through 7.85.090 shall specifically apply to any person required to obtain an ambulance service business license.

(Ord. 2503 § 1 (part), 2000)

7.85.040 - Ambulance service franchise required.

No person shall engage in the business of operating an ambulance service upon the rights-of-way of the unincorporated areas of the county without first obtaining and thereafter maintaining a franchise from the county and paying the franchise fee as required by Chapter 5.03 of this code.

(Ord. 2503 § 1 (part), 2000)

7.85.050 - Ambulance service business license required.

Any person desiring to operate a business that provides ambulance service within the unincorporated area of the county must apply for and obtain an ambulance service license prior to commencing operations. A business license shall not be required of any licensed out-of-jurisdiction ambulance service when providing emergency cross-jurisdictional ambulance service when the service originates outside of the unincorporated area of the county.

(Ord. 2503 § 1 (part), 2000)

7.85.060 - Ambulance service business license fees.

Business license fees shall be paid semiannually pursuant to the rates and regulations set forth in Section 6.12.995 of this code.

(Ord. 2503 § 1 (part), 2000)

**7.85.070 - Application requirements for an ambulance service business.**

Any person desiring to obtain an ambulance service license required by this chapter shall apply to the department on forms approved by the director and shall include any necessary information or documentation reasonably required to process the application. The application shall be in writing and shall set forth the following:

> (a) The name, age, business and residence address of the applicant(s), if a natural person; or if a corporation, the corporate name, date and place of incorporation, address of its principal place of business, a list of the officers, directors and majority shareholders, a copy of the articles of incorporation and all effective amendments certified by the appropriate officer of the state of incorporation, and a certificate of good standing from the Nevada Secretary of State; or if a partnership or association. the names of the partners or of the persons comprising the association of the company, and the business and residence of each partner or persons; and if the applicant is operating under a fictitious firm name, a copy of the certificate filed pursuant to Chapter 602 of NRS;
>
> (b) A detailed statement of the equipment and facilities to be used by the applicant including:
>
>> (1) The number of ambulances to be operated and the location where they will be based, and
>>
>> (2) The location and description of the premises which are to be used as the base of operations and any terminals, offices and other facilities to be used in the operations;
>
> (c) A detailed statement of the services to be provided;
>
> (d) Such other information necessary to process the application as determined by the director.

(Ord. 2503 § 1 (part), 2000)

**7.85.080 - Duties of the ambulance service licensee.**

Within four months after the end of each fiscal year of a franchisee, the franchisee shall provide the department a copy of its audited financial statements for such fiscal year prepared by an independent certified public accountant using generally accepted auditing standards. In addition, the franchisee shall supply to the department such details regarding the franchisee's financial operation in the county as the department shall require to verify compliance by the franchisee with the provisions of this chapter and the terms of the franchise agreement. Further, the department shall have access to financial statements of the licensee.

(Ord. 2503 § 1 (part), 2000)

**7.85.090 - Ambulance service license exemption.**

Nothing contained in this chapter shall apply to or prevent the fire department from furnishing ambulance service with board approval or to persons furnishing volunteer ambulance service with board approval and fire department supervision and control.

(Ord. 2503 § 1 (part), 2000)

7.85.100 - Special event medical service license (SEMS).

Sections 7.85.110 through 7.85.140 shall specifically apply to any person required to obtain a special purpose medical services business license.

(Ord. 2503 § 1 (part), 2000)

7.85.110 - Special event medical service business license required.

Any person desiring to operate a business that provides medical or first aid service at special events within the unincorporated area of the county must apply for and obtain a special event medical service business license prior to commencing operations. Persons holding a valid and current ambulance service franchise and ambulance service business license with the county are exempt from this requirement. Gross revenue derived from providing any special event medical services by such franchisee shall be included in the ambulance service business license fee as described in Section 7.85.060 of this code.

(Ord. 2503 § 1 (part), 2000)

7.85.120 - Special event medical service business license fee.

The business license fee for a special event medical service provider shall be two hundred dollars paid annually.

(Ord. 2503 § 1 (part), 2000)

7.85.130 - Duties of a special event medical service licensee.

A special event medical service licensee:

> (a) May provide on-site medical or first aid services during special events;
> 
> (b) May, within the county's urban towns, transport a patient from a special event it has been contracted to service only if the condition of the patient is so severe that the patient requires immediate ambulance service (e.g., penetrating trauma, acute myocardial infarction, evolving cerebral vascular accident, difficult airway management) provided that such transport is approved by the health district and the county as described in Section 7.85.130(b)(3)(A) of this

section, and the SEMS provider uses a special event vehicle that is staffed and equipped pursuant to health district regulations and the SEMS provider complies with the following requirements:

    (1) The SEMS provider shall keep current and on file with the county proof of insurance pursuant to Section 7.85.240 of this chapter;

    (2) Prior to transport or in route, the SEMS provider shall contact the medical facility to which the transport is being made, if known, and the FAO to alert that office of the SEMS provider's intent to transport and to obtain the name of the medical facility to which the patient should be transported;

    (3) Within five working days of the transport, the SEMS provider who has transported a patient shall submit a written report of the patient transport to the director, in a form approved by the director pursuant to Section 7.85.140 of this code, and to the health district, pursuant to health district reporting regulations.

Upon receipt of a report of transport, the director, in consultation with the fire chief, shall make a determination of whether the SEMS provider is not in the business of providing ambulance service.

(c) May, outside of the county's urban towns, transport a patient from a special event it has been contracted to service and uses a special event vehicle that is staffed and equipped pursuant to health district regulations provided that such transport is approved by the health district and the county as described in Section 7.85.130(b)(3)(A) of this section, and the SEMS provider complies with the following requirements:

    (1) If the SEMS provider is transporting the patient to a location suitable for transferring the patient to an ambulance or air ambulance, prior to transport the SEMS provider shall contact the FAO or public safety answering point (PSAP), as that term is defined in health district regulations, to request that an ambulance or air ambulance be dispatched to the transfer location.

    (2) If the SEMS provider is near a medical facility and it is a medical benefit to the patient to transport to that facility, prior to transport the SEMS provider shall contact the PSAP, as that term is defined in health district regulations, to ensure that the medical facility to which the transport is being made is available and appropriate; if the facility is not available or is determined to be inappropriate after contacting PSAP, the SEMS provider shall arrange for transport pursuant to Section 7.85.130(c)(1) of this section.

    (3) The SEMS provider shall file an annual written report with the director, in a form approved by the director, with each annual renewal of the business license pursuant to Section 7.85.140 of this chapter and to the health district pursuant to health district regulations, describing its patient transports during the past business license period.

    Upon receipt of the report of transport, the director, in consultation with the fire chief, shall make a determination of whether the SEMS provider is in the business of providing ambulance service.

  (4) The SEMS provider shall keep current and on file with the county proof of insurance pursuant to Section 7.85.240 of this chapter.

(d) If requested to do so by the county and subject to availability of staff and equipment, an SEMS provider shall make its staff and equipment available to aid and assist the county in the event of a wide-scale emergency or disaster and, if requested, shall cooperate with and participate in any emergency planning project conducted or sponsored by the county's emergency management office.

(e) The color scheme, logo and uniform design to be used to designate the special event medical service vehicle and personnel of the SEMS provider shall not be the same or confusingly similar to the color schemes of designs of the fire department or other ambulance service providers operating in the county as determined by the fire chief in his sole discretion.

(Ord. 2503 § 1 (part), 2000)

(Ord. No. 4366, § 14, 2-2-2016)

7.85.140 - Special event service transport reporting requirements.

An SEMS licensee shall submit to the director a report within five working days of each transport as described in Section 7.85.130(b) of this chapter and a report with the renewal of the business license or within fifteen days of cessation of operations, whichever occurs first for transports as described in Section 7.85.130(c) of this chapter. The reports shall be submitted in a format approved by the director and shall include at a minimum the following information:

 (a) Incident identification number, if used;
 (b) Date of service;
 (c) Time of transport;
 (d) Origination of transport;
 (e) Destination of transport;
 (f) Name of special event where transport originated;
 (g) Total fees charged or donations collected, if any;
 (h) Total number of patients transported for each trip;
 (i) Any report required to be submitted to the health district for each call.

(Ord. 2503 § 1 (part), 2000)

**7.85.150 - Nonmedically supervised patient transfer service license.**

Sections 7.85.160 through 7.85.180 shall specifically apply to any person required to obtain a nonmedically supervised patient transfer service business license.

(Ord. 2503 § 1 (part), 2000)

**7.85.160 - Nonmedically supervised patient transfer service business license required.**

Any person desiring to operate a business that provides nonmedically supervised patient transfer service within the unincorporated areas of the county must apply for and obtain a nonmedically supervised patient transfer service business license prior to commencing operations.

(Ord. 2503 § 1 (part), 2000)

**7.85.170 - Nonmedically supervised patient transfer service business license fee.**

The business license fee for a nonmedically supervised patient transfer service provider shall be one hundred dollars per vehicle annually.

(Ord. 2503 § 1 (part), 2000)

**7.85.180 - Duties of a nonmedically supervised patient transfer service licensee.**

A nonmedically supervised patient transfer service license:

    (a)  May provide nonmedically supervised patient transfer service;

    (b)  Must not equip its vehicles with any medical equipment or supplies other than a first-aid kit;

    (c)  Must comply with the provisions of this chapter.

(Ord. 2503 § 1 (part), 2000)

**7.85.190 - Air ambulance service license.**

Sections 7.85.200 through 7.85.220 shall specifically apply to any person required to obtain an air ambulance service business license.

(Ord. 2503 § 1 (part), 2000)

**7.85.200 - Air ambulance business license required.**

Every air ambulance service which picks up patients within the county regardless of where transported, shall obtain an air ambulance service license under this section and must comply with all emergency medical service regulations as adopted by the district board of health as a condition of their license.

(Ord. 2503 § 1 (part), 2000)

7.85.210 - Air ambulance business license fee.

The business license fee for an air ambulance service provider shall be two hundred dollars annually.

(Ord. 2503 § 1 (part), 2000)

7.85.220 - Compliance.

An air ambulance service licensee must comply with the provisions of this chapter.

(Ord. 2503 § 1 (part), 2000)

7.85.230 - General provisions.

Sections 7.85.240 through 7.85.250 shall apply to any person required to obtain a business license pursuant to this chapter.

(Ord. 2503 § 1 (part), 2000)

7.85.240 - Liability insurance.

As a condition of the business license and prior to commencing operations, any person required to be licensed under this chapter and intending to transport on the rights-of-way of the county as provided in this chapter shall file with the director and thereafter maintain liability insurance, as long as required to be licensed and intending to transport in the county, in such form as approved by the county's risk manager, insuring the licensee against all risk arising from the operations of the licensee for not less than two million dollars per occurrence for bodily injury or death, and two million dollars per occurrence for loss or damage to property.

All policies of insurance required under this section shall be issued by insurance companies licensed to do business in the state of Nevada in accordance with applicable sections of Nevada Revised Statutes Title 57, from carriers having a rating from A.M. Best Company of no less than A-VIII. Proof of coverage shall be evidenced by submitting an insurance certificate, or certificates, to the director, which names the county as an additional insured and indicates that the county will be notified no less than thirty days prior to alteration, cancellation, termination or nonrenewal of coverage.

(Ord. 2503 § 1 (part), 2000)

7.85.250 - Code compliance.

Any person required to be licensed pursuant to this chapter must also comply with and be governed by all the applicable provisions of the Clark County Code as may be amended from time to time.

(Ord. 2503 § 1 (part), 2000)