LAW OFFICE OF DAN M. WINDER, P.C.
DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
Arnold Weinstock, ESQ.
Nevada State Bar No. 00810
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH D. GUILLORY, individually, as the mother of MICHAEL JOHN GUILLORY and as the Administratrix of the ESTATE MICHAEL JOHN GUILLORY, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CLARK COUNTY, et al<br><br>Defendants. | Case No.: 2:23-cv-02010-JCM-BNW |

**STIPULATION TO EXTEND TIME TO FILE RESPONSES
TO
MOTIONS FOR SUMMARY JUDGMENT
FILED BY DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT
AND BY DEFENDANT RBR MANAGEMENT**

**FIRST REQUEST**

Plaintiff Judith D. Guillory, by and through her attorney of record, DAN M. WINDER, ESQ. of the LAW OFFICES OF DAN M. WINDER, P.C., herewith makes her first request to extend the time to respond to the Motion for Summary Judgment filed by Defendant Metro (# 65) and the Motion for Summary Judgment filed by Defendant RBR (# 66).

1

## 1.  INFORMATION REGARDNG MOTIONS

Date of Filing:        Both Motions were filed 02/19/26

Responses due:        Both Responses due 03/12/26

Meet and Confer with Opposing Counsel:  The parties have stipulated to a two-week extension of time to respond as shown by their emails attached.

Extension of time requested:  2 weeks.

## 2.  GOOD CAUSE FOR EXTENSION OF TIME

The Motions filed are extensive Motions covering many issues.  The Metro Motion is 29 pages in length with 13 exhibits.  The RBR Motion is 21 pages with 15 Exhibits.  The issues are complex and are taking more time than anticipated.

The firm is responsible for defending a murder trial [1]starting on March 23, 2026 and is expected to last two weeks.  This has required and does require a substantial portion of the firm's resources in meeting with the client, witnesses, and in trial preparation.

The firm's law clerk, a law school graduate who practiced civil tort law for 25 years, has been suffering from medical issues for the past two weeks which have prevented the clerk from functioning at full capacity.   This clerk plays a vital role in the firm's civil motion practice by researching and drafting motion documents.  This has set back progress on the two responses considerably.

This case is a tragic case which resulted in an unnecessary death of a veteran.  It deserves its day in Court.

## 3.  CERTIFICATION

The foregoing facts are known by me to be true except for the medical issues of the firm's

---

[1] Hunter, Maliek - District 2,Trial - Case No. C-23-371295-1

2

Law Clerk which were reported to me by him

I declare under penalty of perjury the foregoing facts are true and correct.

/s/Arnold Weinstock, Esq.

## 4.  UNDERLYING FACTS

Plaintiff alleges that DEFENDANT LVMPD and its OFFICERS used an unreasonable amount of force in relation to threats posed by the late Mr. Guillory.  Plaintiff further alleges that Mr. Guillory surrendered himself, was in custody, was incapacitated, and was not resisting arrest.  Plaintiff further alleges that Mr. Guillory was restrained, on the ground, by DEFENDANT LVMPD officers, either by an LVMPD officer or by Community Ambulance personnel.  Plaintiff further alleges that independently or at the order and/direction of DEFENDANT LVMPD, injected the late Mr. Guillory, without his permission, with a massive dose of Ketamine. Plaintiff alleges that as a result of the above, Mr. Guillory was pronounced dead on December 6, 2021, at UMC.  The Defendants deny these allegations.

## 5.  RELIEF SOUGHT

Accordingly, Plaintiff requests this Court enter and Order extending the time for Plaintiff

///

///

///

///

///

///

///

///

///

3

to file her oppositions to the Motions for Summary Judgment, # 65 and #66 to 03/26/26.

DATED 17th day of March, 2026.

/s/ Arnold Weinstock, Esq.

THE LAW OFFICE OF DAN M. WINDER, P.C.
DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
Arnold Weinstock, ESQ.
Nevada State Bar No. 00810
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
winderdanatty@aol.com
Attorneys for Plaintiffs

MARQUIS AURBACH

By: /s/Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants LVMPD,
Ofc. Christon, Sgt. Hutchason and Sgt.
Bonaguid

SCHNITZER JOHNSON & WATSON, CHTD.

By: /s/Gina M. Mushmeche
Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
Attorney for Defendant Community
Ambulance

ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _ March 25, 2026 _____

4