GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
gmushmeche@sjwlawfirm.com
ccase@sjwlawfirm.com
*Attorneys for Defendant Community Ambulance*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDITH D. GUILLORY, individually, as the mother of MICHAEL JOHN GUILLORY and as the Administratrix of the ESTATE OF MICHAEL JOHN GUILLORY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CLARK COUNTY, a political subdivision of the State of Nevada, CITY OF LAS VEGAS, a political subdivision of the State of Nevada, Z. CHRISTON (P#17276), Sgt. E. HUTCHASON (P#12955), Sgt. J. BONAGUIDI (P#7967), COMMUNITY AMBULANCE, EMTS DOES I – V, DOES VI – L, and ROES LI – LX,<br><br>Defendants. | Case No.:    2:23-CV-02010-JCM-BNW<br><br><br>**STIPULATION AND ORDER TO DISMISS RBR MANAGEMENT, LLC d/b/a COMMUNITY AMBULANCE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JUDITH D. GUILLORY, individually as an heir and as administratrix of the estate of Michael John Guillory, and Defendant, RBR MANAGEMENT, LLC d/b/a COMMUNITY AMBULANCE (erroneously named as COMMUNITY AMBULANCE), by and through their respective attorneys of record, that Plaintiff's claims in this matter against the Defendant, be dismissed

SCHNITZER JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
(702) 362-6666

SCHNITZER JOHNSON &
WATSON CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**with prejudice**, with each of the parties to bear their own attorney's fees, costs, and interests herein incurred.

DATED this 9th day of April, 2026

DATED this 9th day of April, 2026

**LAW OFFICE OF DANM. WINDER PC**

**SCHNITZER, JOHNSON & WATSON**

*/s/ Dan M. Winder, Esq.*

DAN M. WINDER, ESQ
Nevada bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada bar No. 810
3507 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiff*

*/s/ Crystal Y. Case, Esq.*

GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
8985 S. Eastern Ave., #200
Las Vegas, NV 89123
*Attorney for Defendant*
*Community Ambulance*

### ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED April 15, 2026.

_____
UNITED STATES DISTRICT JUDGE